STARR, GERN, DAVISON & RUBIN, P.C.
105 Eisenhower Parkway, Suite 401
Roseland, NJ 07068-1640
Tel:  973.403.9200 | Fax:  973.364.1403
www.starrgern.com
Attorneys for Defendant Home Depot USA, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AARON MANOPLA and <br> EVELYN MANOPLA, on behalf of <br> themselves and all others similarly situated, <br><br> Plaintiffs, <br> vs. <br><br> HOME DEPOT U.S.A., INC., <br> ATLANTIC WATER PRODUCTS INC. and <br> JOHN DOES 1-25, <br> Defendants. | Case No.  3:15-cv-01120-PGS-TJB <br><br><br> **NOTICE OF** <br> **APPEARANCE OF COUNSEL** |

TO: The Clerk of Court and All Parties of Record:

I am admitted to practice in this Court, and I appear in this case as counsel for defendant

HOME DEPOT USA, INC.

Date:  December 18, 2018

                                                /s/    Jonathan J. Lerner
                                               JONATHAN J. LERNER, ESQ. (008411984)
                                               Starr, Gern, Davison & Rubin, P.C.
                                               105 Eisenhower Parkway, Suite 401
                                               Roseland, NJ 07068-1640
                                               Email:   JLerner@starrgern.com
                                               T:  973.403.9200   |   F:  973.364.1403