STARR, GERN, DAVISON & RUBIN, P.C.
105 Eisenhower Parkway, Suite 401
Roseland, NJ 07068-1640
Tel:  973.403.9200 | Fax:  973.364.1403
www.starrgern.com
Attorneys for Defendant Home Depot USA, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AARON MANOPLA and<br>EVELYN MANOPLA, on behalf of<br>themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>HOME DEPOT U.S.A., INC.,<br>ATLANTIC WATER PRODUCTS INC. and<br>JOHN DOES 1-25,<br>Defendants. | Case No.  3:15-cv-01120-PGS-TJB<br><br><br><br>**NOTICE OF**<br>**APPEARANCE OF COUNSEL** |

TO:   The Clerk of Court and All Parties of Record:

I am admitted to practice in this Court, and I appear in this case as counsel for defendant

HOME DEPOT USA, INC.

Date:  December 18, 2018

                                       /s/    Lisa Besson Geraghty
                                     LISA BESSON GERAGHTY, ESQ. (023081995)
                                     Starr, Gern, Davison & Rubin, P.C.
                                     105 Eisenhower Parkway, Suite 401
                                     Roseland, NJ 07068-1640
                                     Email:   Lgeraghty@starrgern.com
                                     T:  973.403.9200  |  F:  973.364.1403