UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AARON MANOPLA and EVELYN MANOPLA, on behalf of themselves and all other similarly situated, <br><br> Plaintiffs, <br><br> -against- <br><br> HOME DEPOT USA, INC., ATLANTIC WATER PRODUCTS INC. and JOHN DOES 1-25, <br> Defendants. | Civil Action No. 3:15-cv-01120-PGS-TJB |

### NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE WITHDRAW my Appearance as Counsel for Atlantic Water Products, Inc. (the "Defendant"). Atlantic Water Products Inc. will continue to be represented in this matter by Attorney Laura Ruccolo, Esq., of Capehart & Schatchard, P.A.

Dated: January 2, 2019

_____
Jack G. Zurlini, Esq.
N.J. License ID No. 021331985
Berenson LLP
*Attorney for Atlantic Water Products, Inc.*
304 W. Pacific Avenue, Suite 210
Spokane, Washington 99201
T: (202) 577-6007
F: (202) 315-3336
Email: jgz@berensonllp.com