## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AARON MANOPLA and EVELYN MANOPLA, on behalf of themselves and all other similarly situated<br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>HOME DEPOT USA, INC., ATLANTIC WATER PRODUCTS and JOHN DOES 1-25,<br>　　　　　　Defendants. | Civil Action No. 3:15-cv-01120-PGS-TJB |

### **UNOPPOSED** MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Representative Plaintiffs, Aaron Manopla and Evelyn Manopla (the "Representative Plaintiffs"), having reached an agreement in principle with Defendant, Home Depot U.S.A., Inc. d/b/a/ The Home Depot ("Home Depot") and Defendant Atlantic Water Products, Inc. d/b/a Atlantic Water and Air ("AWP")(collectively "Defendants" and, together with Representative Plaintiff, the "Parties") to settle the above captioned case, respectfully move this Court to enter the proposed Order Preliminarily Approving Proposed Settlement, Approving Class Notice, and Scheduling Settlement Hearing (the "Preliminary Approval Order").

In support of this unopposed motion, Representative Plaintiffs submit the enclosed memorandum of law, declarations of counsel along with their Settlement Agreement with Defendants.

Respectfully submitted this 23rd day of May 2019.

　　　　　　　　　　　　　　　　　　*s/ Ross H. Schmierer*　　　　　　　　
　　　　　　　　　　　　　　　　　　Ross H. Schmierer, Esq.
　　　　　　　　　　　　　　　　　　DeNITTIS OSEFCHEN PRINCE, P.C.
　　　　　　　　　　　　　　　　　　525 Route 73 North, Suite 410

1

Marlton, New Jersey 08053
Telephone:  (856) 797-9978
Facsimile:  (856) 797-9951
Email:  rschmierer@denittislaw.com

Ari H. Marcus, Esq.
MARCUS & ZELMAN, LLC
1500 Allaire Avenue, Suite 101
Ocean, New Jersey 07712
Telephone:  (732) 695-3282
Facsimile:  (732) 298-6256
Email:  Ari@MarcusZelman.com

Todd M. Friedman, Esq.
LAW OFFICES OF TODD M. FRIEDMAN
2155 Oxnard Street #780
Woodland Hills, CA 91367
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Email:  TFriedman@toddflaw.com

*Attorneys for Plaintiffs*
*Aaron Manopla and Evelyn Manopla, Individually and*
*on Behalf of All Others Similarly Situated*