## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| AARON MANOPLA and EVELYN MANOPLA, individually and on behalf of all others similarly situated, | : : : : | CIVIL ACTION<br><br>NO. 3:15-cv-01120-PGS-TJB |
| Plaintiff, | : : | |
| v. | : : | |
| HOME DEPOT USA, INC. and ATLANTIC WATER PRODUCTS, INC. | : : | |
| Defendant. | | |

### NOTICE OF MOTION IN SUPPORT OF UNOPPOSED MOTION FOR AN ORDER GRANTING FINAL APPROVAL OF CLASS SETTLEMENT AGREEMENT AND UNOPPOSED PETITION FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARD

**PLEASE TAKE NOTICE** that on September 23, 2019 at 11:00am, Plaintiffs Aaron and Evelyn Manopla ("Plaintiffs"), by and through undersigned counsel, shall move to the above Court to enter an Order Granting Final Approval of the Proposed Class Action Settlement and Petition for Attorneys' Fees and Costs and Incentive Award.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff shall rely on the declarations and exhibits annexed hereto along with the legal brief submitted herewith in support of the Motion for Final Approval and Motion for attorneys' fees, costs and incentive award.

Respectfully submitted this 13th day of September, 2019

                                               */s/ Ari Marcus*_____
                                               Ari H. Marcus, Esq.
                                               MARCUS & ZELMAN, LLC
                                               701 Cookman Avenue

Ocean, New Jersey 07712
Telephone:  (732) 695-3282
Facsimile:  (732) 298-6256
E-Mail: Ari@MarcusZelman.com

 *s/ Ross H. Schmierer*
DeNITTIS OSEFCHEN PRINCE, P.C.
525 Route 73 North, Suite 410
Marlton, New Jersey 08053
Telephone:  (856) 797-9951
Facsimile:  (856) 797-9978
Email:  rschmierer@denittislaw.com

Todd M. Friedman, Esq.
LAW OFFICES OF TODD M. FRIEDMAN
2155 Oxnard Street, #780
Woodland Hills, California 91367
Telephone:  (877) 206-4741
Facsimile:  (866) 633-0228
Email:  tfriedman@toddflaw.com

*Attorneys for Plaintiffs Aaron Manopla and Evelyn Manopla, Individually and on Behalf of All Others Similarly Situated*